**Opinion issued November 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00779-CV

————————————

**CITY OF HOUSTON, Appellant**

**V.**

**CESAR ALEJANDRO, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-65285**

---

**MEMORANDUM OPINION**

Appellant has filed joint motion with appellees to dismiss the appeal, which

indicates the parties have settled. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has

issued. *See* TEX. R. APP. P. 42.1(c). The motion also indicates an agreement between

the parties for costs to be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

Accordingly, we grant the motion and dismiss the appeal with costs taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.